HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IVAN A INGRAM,

    Plaintiff,

v.

CINDY THURMON, et al.,

    Defendants.

CASE NO. C19-5378RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 8].

1. The Report and Recommendation is **ADOPTED;**
2. Plaintiff Ingram's complaint is **DISMISSED** without prejudice;
3. If he appeals, Ingram's *in forma pauperis* status will continue;
4. The Clerk shall send copies of this Order to the Follis's last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 27th day of August, 2019.

Ronald B. Leighton
United States District Judge

ORDER - 1